**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TERRY L. MCCOY**                                                                                    **PLAINTIFF**

v.                                   **Case No: 4:22-cv-00276-KGB**

**LAFAYETTE WOODS, JR.,** *et al*.                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Joe J. Volpe (Dkt. No. 8). Plaintiff Terry L. McCoy has not objected to the Recommended Disposition, and the time for doing so has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects (*Id*.).

Mr. McCoy's amended complaint is dismissed without prejudice (Dkt. No. 6). Mr. McCoy has 30 days from the date of this Order in which to reopen this case by paying the $402 filing fee in full. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

So ordered this 1st day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge